UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MAN FERROSTAAL, INC. Now known as FERROSTAAL METALS GROUP, INC.

    Plaintiff,

-V-

M/V GROUSE ARROW, her engines, boilers, tackle, etc., GEARBULK AG, JEBSEN KG, GEARBULK SHIPOWNING LTD.

    Defendants,

**CERTIFICATE OF MAILING**

08 CV 0219 (DC)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**25th day of January, 2008**

I served the

AMENDED SUMMONS IN A CIVIL CASE &VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**17th day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 943 016 US**

CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 18, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: MAN FERROSTAAL, INC. n/k/a FERROSTAAL METALS GROUP, INC. v. M/V GROUSE ARROW et al.
08 CIV 0219 (DC)
Our Ref: FS 7950B

and Complaint on the following defendant es of Civil Procedure Rule 4: (f)(2)(c) (ii):

OWNING LTD.
vei 38
7 Bergen

Very truly yours,

[signature]

---

**Registered Mail Receipt:**

Registered No. RB632943016US
Reg. Fee: $10.15
Handling Charge: $0.00
Return Receipt: $2.15
Postage: $1.80
Restricted Delivery: $0.00
Date Stamp: 0004  12  01/25/08
Customer Must Declare Full Value: $0.00

FROM:
Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801
File No. FS 7950B

TO:
GEARBULK SHIPOWNING LTD.
Folks Bernadottes vei 38
Fyllingsdalen, 5147 Bergen
NORWAY

PS Form 3806, Receipt for Registered Mail
May 2004 (7530-02-000-9051)