UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| MAN FERROSTAAL, INC. now known as FERROSTAAL METALS GROUP, INC.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　　-V-<br><br>M/V GROUSE ARROW, her engines, boilers, tackle, etc., GEARBULK AG, JEBSEN KG, GEARBULK SHIPOWNING LTD.<br>　　　　　　　　　　Defendants, | **CERTIFICATE OF MAILING**<br><br><br><br><br>08 CV 0219 (DC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 22nd day of February, 2008

I served the

AMENDED SUMMONS &
VERIFIED AMENDED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 17TH day of January, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 943 020 US

_J. Michael McMahon_
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 18, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  M/V GROUSE ARROW
07 CV 10439 (DC)  08 CU 219
Our Ref: FS 7950

---

**Registered No.** RB632943020US

| Reg. Fee | $10.15 | | | Date Stamp |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.15 | 0004 |
| Postage | $1.80 | Restricted Delivery | $0.00 | 12 |
| | | | | 01/25/08 |

Received by

Customer Must Declare Full Value $ $0.00
[ ] With Postal Insurance
[ ] Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
10013
Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801
File No. FS 7950B

TO:
GEARBULK nd A.G.
Zugerstrasse 50
6340 Baur
SWITZERLAND

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

Receipt for [Interna]tional Mail
([In]sured, Recorded Delivery, Express Mail)
réception

**Par Avion**

Postmark of the office returning the receipt   C5
Timbre du bureau renvoyant l'avis

completes and indicates the address for the return of this receipt.
ar l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)
m (Nom ou raison sociale)

K OF THE COURT
D STATES DISTRICT COURT -SDNY
Number (Rue et no.)
PEARL STREET
and ZIP + 4 (Localité et code postal)
YORK, NY 10007  08 CIV 0219 (DC)
ED STATES OF AMERICA     Etats-Unis d'Amérique