UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

                        Plaintiff,
**MAN FERROSTAAL, INC. N/K/A FERROSTAAL METALS GROUP, INC.**
INDEX# 08 CV 0219 (DC)

--- AGAINST ---

**M/V GROUSE ARROW, ET. AL.**
                                    Defendant,

---

STATE OF NEW YORK)
                       )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 27th day of February, 2008, she served the Amended Summons and Amended Complaint on GEARBULK INC., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, CHAD MATICE, a white male, with brown hair, glasses, approximately 5'11", 29 years of age and 226 lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                          MARIA SCHMITZ

Sworn before me this
27th day of February, 2008

LAWRENCE A. KIRSCH
   4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011