BLANK ROME LLP
Attorneys for Defendants
GEARBULK SHIPOWNING LTD.
and GEARBULK AG
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC. now known as FERROSTAAL METALS GROUP, INC., <br><br> Plaintiff, <br><br> - against - <br><br> M/V GROUSE ARROW, M/V BERGEN ARROW, their engines, boilers, tackle, etc., JEBSEN KG, GEARBULK SHIPOWNING LTD., GEARBULK AG, <br><br> Defendants. | 08 CV 0219 (DC) <br><br> ECF CASE <br><br> **F.R. CIV. P. RULE 7.1 STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
      July 25, 2008

                              Respectfully submitted,
                              BLANK ROME LLP
                              Attorneys for Defendants

                              By /s/ Jeremy Harwood
                                 Jeremy J.O. Harwood (JH 9012)
                              405 Lexington Avenue
                              New York, NY 10174
                              Tel.: (212) 885-5000